**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

NICOLE HUNTER, on behalf of her minor child S.M., individually and on behalf of all others similarly situated,

Plaintiff,

v.

SECURLY, INC.,

Defendant.

Case No. 0:24-CV-02159-DWF-DLM

**DEFENDANT SECURLY, INC.'S COMBINED MOTION TO STRIKE UNDER RULE 12(f), MOTION TO DISMISS UNDER RULE 12(b)(1), AND MOTION TO DISMISS UNDER RULE 12(b)(6)**

Pursuant to Rule 12(f), Rule 12(b)(1), and Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Securly, Inc. hereby requests that this Court grant Defendant Securly, Inc.'s Combined Motion to Strike Under Rule 12(f), Motion to Dismiss Under Rule 12(b)(1), and Motion to Dismiss Under Rule 12(b)(6). Defendant Securly, Inc. submits its Memorandum of Law and Declaration of Bharath Madhusudan in support of this motion.

Dated: August 2, 2024

By: */s/ Amanda Mills*

Amanda Mills
(MN Bar No. 0397685)
FREDRIKSON & BYRON, P.A.
60 South Sixth St Ste 1500
Minneapolis, MN 55402-4400
Tel: 1-612-492-7199
Fax: (612)-492-7077
amills@fredlaw.com

Edward McNicholas
(D.C. Bar No. 459136 admitted *pro hac vice*)
Frances Faircloth
(D.C. Bar No. 1021834 admitted *pro hac vice*)
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
Fax: (202) 508-4650
edward.mcnicholas@ropesgray.com
fran.faircloth@ropesgray.com

*Attorneys for Securly, Inc.*