**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| NICOLE HUNTER, on behalf of her minor child S.M., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SECURLY, INC.,<br><br>Defendant. | Case: 0:24-CV-02159-DWF-DLM<br><br>**BHARATH MADHUSUDAN'S DECLARATION IN SUPPORT OF DEFENDANT SECURLY, INC.'S COMBINED MOTION TO STRIKE AND TO DISMISS COMPLAINT** |

I, Bharath Madhusudan, hereby declare and state as follows:

1. I am over 18 years of age and competent to make this declaration. I am Chief Executive Officer ("CEO") at Securly, Inc. ("Securly"), and I have been employed in this role for approximately four years.

2. I provide this declaration in support of Defendant Securly's Motion to Dismiss Plaintiff's Complaint in the above-captioned case. The statements in this declaration are based upon my personal knowledge of the operations and functions of the Securly website and products. If called to testify as a witness in this matter, I could and would testify competently and truthfully to each of the statements in this declaration under oath.

3. The role of CEO entails, among other things, oversight of the design and functionality of the Securly website and products.

**Background on Securly and Its Customers**

4. Securly sells educational technology tools that school districts or independent schools (collectively "schools") purchase and install on school-owned devices to protect their students and their property.

5. All Securly products are marketed directly to schools, which are Securly's only customers.

6. Securly does not sell or market any products to parents of students in their capacity as parents.

7. Securly is not a location data broker or data broker of any kind.

8. Securly offers an application (the "Home app") to parents in conjunction with its services to schools, but it makes no additional income from parents' downloading the Home app; it is merely part of the services Securly provides to schools that allows parents access to information.

9. Securly does not install or otherwise insert its software on any devices without the knowledge of the device owner; rather, Securly's software is installed only on school-owned devices by schools who choose to use Securly's services.

10. Schools enroll in Securly's services by signing an agreement that incorporates Securly's Terms of Service (the "Terms") as well as contractual terms that vary by client.

11. The standard customer agreement is attached as **Exhibit A** to this declaration.

12. Per the Terms, schools agree to provide disclosure to and obtain any necessary consents from parents and/or students.

13. Securly provides schools with a sample disclosure to assist with this process.

**Securly Products and Data**

14. Securly offers screening, security, and classroom monitoring products, all of which are designed to help schools maintain a safe environment and protect students, as described below.

15. Securly's screening tool, Filter, applies screening policies to identify and block sites that could be harmful to students and logs network traffic on school devices, as schools are required to do under the Children's Internet Protection Act. Saint Paul Public Schools ("SPPS") has purchased Filter.

16. Securly's security tool, Aware, uses natural-language processing technology and sentiment analysis to identify and flag content related to nudity, self-harm, suicide, violence, and cyberbullying. SPPS has not purchased Aware.

17. Schools control how flagged activity is handled and any further action related to the flagged activity. As a legacy Filter customer, SPPS has access to flagged sites and searches but has neither enabled notifications for flagged sites and searches nor configured its faculty groups to receive Securly alerts. SPPS has enabled Securly's enhanced privacy option that hides the activity feed from admin and staff users, disables alerts except in cases of self-harm and violence, and logs every time an admin user accesses a student's activity history.

18. Securly's home-monitoring tool, Home, allows schools and parents visibility into and control of school-owned devices when students are using them outside the classroom. SPPS has purchased Home.

19. Home, including through the app described in ¶ 8 above, allows parents to view their child's recent web activity, customize filtering rules, pause internet access, and receive notifications and weekly email reports.

20. Securly acts on schools' behalf, as an extension of their services; all Student Data collected by Securly through its products is collected on behalf of schools and is not used for any purpose other than providing services to schools.

**Securly's Privacy Policies and Practices**

21. Securly maintains a Website Privacy Policy, which is available online at https://www.securly.com/privacy (Request for Judicial Notice ("RJN") Ex. 3), and a Student Privacy Policy, which is available online at https://www.securly.com/students-privacy (RJN Ex. 2).

22. The Website Privacy Policy is intended to cover Securly's treatment of data collected from website visitors and customers (i.e., schools and school employees).

23. The Website Privacy Policy explicitly states that it is not intended to cover how Securly treats data related to students or data collected from students' use of Securly's services (collectively "Student Data").

24. The Student Privacy Policy covers all collection and use of Student Data.

25. Statements in the Website Privacy Policy regarding data tracking, sharing with third parties, or geolocation do not describe Securly's treatment of Student Data.

26. Securly does not and has never sold Student Data or used Student Data for marketing.

27. Securly uses geolocation information to determine the location of school-owned devices; all location data applies to the device and not a student or child.

28. Securly does not attach tracking devices to any student or school-owned device.

29. The Student Data that Securly collects is shared only as directed by schools: with designated school contacts, parents (when requested by schools) and law enforcement (only for wellness checks when the student's life is deemed to be at risk).

30. Student Data is never used—by Securly or any party with whom Securly shares Student Data, as described in ¶ 29 above—to create targeted advertisements, campaigns, or marketing profiles.

31. Securly derives no revenue from marketing or sale of Student Data.

32. Securly has obtained certification through iKeepSafe that demonstrates (1) compliance with laws protecting Student Data, including the Family Educational Rights and Privacy Act ("FERPA"), the Children's Online Privacy Protection Act ("COPPA"), other applicable data privacy laws.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 2nd day of August, 2024, in Short Hills, New Jersey.

__/s/ *Bharath Madhusudan*_____
Bharath Madhusudan