**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| NICOLE HUNTER, on behalf of her minor child S.M., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>SECURLY, INC.,<br><br>Defendant. | Case: 0:24-CV-02159-DWF-DLM<br><br>**AMANDA MILLS DECLARATION IN SUPPORT OF DEFENDANT SECURLY, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS COMBINED MOTION TO STRIKE AND MOTIONS TO DISMISS THE COMPLAINT** |

I, Amanda Mills, declare as follows:

I am an attorney duly licensed to practice law in the State of Minnesota and admitted before this Court. I am a shareholder at the law firm of Fredrickson & Byron, P.A., counsel for Defendant, Securly, Inc. I submit this declaration in support of Defendant's Request for Judicial Notice in Support of its Combined Motion to Strike under Rule 12(f), Motion to Dismiss under Rule 12(b)(1), and Motion to Dismiss under Rule 12(b)(6).

1. Attached hereto as **Exhibit 1** is a true and correct copy of Securly's publicly available website homepage available at https://www.securly.com/.

2. Attached hereto as **Exhibit 2** is a true and correct copy of Securly's publicly available Student Privacy Policy webpage available at https://www.securly.com/students-privacy, referenced in Paragraphs 24 and 34 of the Complaint (Doc. 1).

3. Attached hereto as **Exhibit 3** is a true and correct copy of Securly's publicly available Website Privacy Policy webpage, referenced in Paragraph 43 of the Complaint, available at https://www.securly.com/privacy.

4. Attached hereto as **Exhibit 4** is a true and correct copy of Securly's publicly available Terms of Service webpage, applicable to users in the United States (under the "I'm in the US" sub-heading on this webpage), available at https://www.securly.com/terms-and-conditions.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 2nd day of August 2024, in Minneapolis, Minnesota.

*/s/ Amanda Mills*

Amanda Mills
(MN Bar No. 0397685)
FREDRIKSON & BYRON, P.A.
60 South Sixth St Ste 1500
Minneapolis, MN 55402-4400
Tel: (612)-492-7199
Fax: (612)-492-7077
amills@fredlaw.com