**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

NICOLE HUNTER, on behalf of her minor child S.M., individually and on behalf of all others similarly situated,

Plaintiff,

v.

SECURLY, INC.,

Defendant.

Case No. 0:24-CV-02159-DWF-DLM

**LOCAL RULE 7.1(A) MEET-AND-CONFER STATEMENT**

I, Edward R. McNicholas, counsel for Defendant Securly, Inc. ("Securly"), certify that in accordance with Local Rule 7.1(a), I met and conferred with L. Timothy Fisher, counsel for Plaintiff, on August 1, 2024 via videoconference, in an attempt to resolve the issues presented by Securly's COMBINED MOTION TO STRIKE UNDER RULE 12(f), MOTION TO DISMISS UNDER RULE 12(b)(1), AND MOTION TO DISMISS UNDER RULE 12(b)(6). The parties were unable to resolve the issues relevant to that motion.

Dated: August 2, 2024

By: */s/ Edward R. McNicholas*

Edward McNicholas (D.C. Bar No. 459136, *admitted pro hac vice*)
Frances Faircloth (D.C. Bar No. 1021834, *admitted pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Tel: (202) 508 4600
Fax: (202) 508-4650
Edward.McNicholas@ropesgray.com
Fran.Faircloth@ropesgray.com

Amanda Mills
(MN Bar No. 0397685)
FREDRIKSON & BYRON, P.A.
60 South Sixth St Ste 1500
Minneapolis, MN 55402-4400
Tel: 1-612-492-7199
Fax: (612)-492-7077
amills@fredlaw.com

*Attorneys for Securly, Inc.*