**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

NICOLE HUNTER, on behalf of her minor child S.M., individually and on behalf of all others similarly situated,

Plaintiff,

v.

SECURLY, INC.,

Defendant.

Case No. 0:24-CV-02159-DWF-DLM

**[PROPOSED] ORDER GRANTING DEFENDANT SECURLY, INC.'S COMBINED MOTION TO STRIKE UNDER RULE 12(F), MOTION TO DISMISS UNDER RULE 12(B)(1), AND MOTION TO DISMISS UNDER RULE 12(B)(6)**

**THE COURT**, having reviewed and considered Defendant Securly, Inc.'s Combined Motion to Strike Under Rule 12(f), Motion to Dismiss under Rule 12(b)(1), and Motion to Dismiss under Rule 12(b)(6), the parties' briefing and arguments of counsel, the Complaint, and the entire record in this case, hereby GRANTS the Motion to Dismiss.

**IT IS HEREBY ORDERED** that the Complaint is dismissed in its entirety, with prejudice, and the Clerk of the Court shall close this case.

**BY THE COURT:**

Dated:____________

____________________________
DONOVAN W. FRANK
United States District Judge