UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nicole Hunter, *on behalf of her minor child S.M., individually and on behalf of all others similarly situated*,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Securly, Inc.,<br><br>　　　　　Defendant. | Civil No. 24-2159 (DWF/DLM)<br><br>**ORDER ON STIPULATION** |

This matter is before the Court pursuant to the parties' Joint Stipulation to Extend Time to File Response (Doc. No. 27). Based upon the Stipulation and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The parties' Joint Stipulation to Extend Time to File Response (Doc. No. [27]) is **APPROVED**.

2. Plaintiff is granted an extension of time to respond to Defendant's Motion to Dismiss through September 13, 2024.

Dated: August 7, 2024　　　　　　　　s/Donovan W. Frank
　　　　　　　　　　　　　　　　　　DONOVAN W. FRANK
　　　　　　　　　　　　　　　　　　United States District Judge