# UNITED STATES DISTRICT COURT
## District of Minnesota

**Nicole Hunter**　　　　　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　　　　　　　　　Plaintiff(s),

v.　　　　　　　　　　　　　　　　　　　　Case Number: 24-cv-2159 DWF/DLM

**Securly, Inc.**

　　　　　　　　　　　　**Defendant,**

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendant Securly, Inc.'s motion to dismiss under Rule 12(b)(1) (Doc. No. [32]) is GRANTED.
2. Defendant Securly, Inc.'s motion to dismiss under Rule 12(b)(6) (Doc. No. [32]) is DENIED AS MOOT.
3. Defendant Securly, Inc.'s motion to strike under Rule 12(f) (Doc. No. [32]) is DENIED AS MOOT.
4. Plaintiff Nicole Hunter's amended complaint against Defendant Securly, Inc. (Doc. No. [30]) is DISMISSED WITHOUT PREDJUDICE.

Date: 12/10/2024　　　　　　　　　　　　　　　　　KATE M. FOGARTY, CLERK